**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM GARRIGA**, on behalf of himself and all other Plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. 06-CV-5894 |
| **MOTRK, INC.**, an Illinois corporation, **JOKAT CO., INC.**, an Illinois corporation, **PMA MCD, INC.**, an Illinois corporation, and **PHILIP K. FUENTES**, individually and as President of MOTRK, INC., JOKAT, INC. and PMA MCD, INC., | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## AGREED MOTION FOR STIPULATED JUDGMENT AND DISMISSAL

Plaintiff William Garriga, on behalf of himself and all other persons similarly situated, known and unknown, and Defendants MOTRK, Inc., Jokat Co., Inc., PMA MCD, Inc., and Philip K. Fuentes (collectively, "the parties"), hereby move for the entry of a stipulated judgment and dismissal of this case with prejudice. In support of this motion, the parties state as follows:

1. The parties have entered into a General Agreement which provides for the resolution of this action without further litigation. An executed copy of this General Agreement is attached as Exhibit A to this Motion.

2. Paragraph 2 of the General Agreement provides for a process by which notice of this action shall be provided to all affected employees and former employees of Defendant, and by which such employees and former employees shall have an opportunity to "opt in" to the settlement of this action no later than July 20, 2007. This notice and opt-in

process has been completed by the parties, and the parties agree that only the following individuals properly "opted in" by the deadline: William Garriga and Rosendo Salgado. Copies of a Consent to Become a Party Plaintiff and Participate in the Settlement of a Lawsuit to Recover Overtime Wages Under the Fair Labor Standards Act and an Individual Agreement and Release executed by each of these individuals are attached as Exhibit B to this Motion.

3. Paragraph 3 of the General Agreement provides that after the notice and opt-in procedures have been completed, the parties will file with the Court this Agreed Motion for Stipulated Judgment. The Motion is to "request that the Court approve this General Agreement and the Individual Agreements and Releases as a just and fair resolution of the Lawsuit, enter a stipulated judgment for the amounts indicated on the Individual Agreements and Releases of the Employees, and dismiss the Lawsuit with prejudice (while retaining jurisdiction to enforce the settlement)." (Ex. A, ¶ 3.)

4. A proposed Stipulated Judgment is attached as Exhibit C to this Motion.

**WHEREFORE**, the parties hereby request that the Court:

a. Approve the attached General Agreement and Individual Agreements and Releases as a just and fair resolution of this action;

b. Enter the attached Stipulated Judgment; and

c. Dismiss this action with prejudice, while retaining jurisdiction to enforce the

settlement.

Dated: August 4, 2007

| For Plaintiffs: | For Defendants: |
|---|---|
| By: s/ Robert W. Maucker<br>Counsel for Plaintiffs<br>9231 S. Roberts Road<br>Hickory Hills, IL 60457<br>(708) 233-3815 | By: s/ James F. Botana<br>Counsel for Defendants<br>320 West Ohio Street, Suite 500<br>Chicago, IL 60610<br>(312) 787-4949 |

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 4, 2007, he caused a true and correct copy of the foregoing Agreed Motion for Stipulated Judgment and Dismissal to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Robert William Maucker
R.W. Maucker, P.C.
9231 S. Roberts Road
Hickory Hills, IL 60457

                                              s/ Neil H. Dishman
                                              Neil H. Dishman